IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GALINA RYTSAR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPT., SCI-MUNCY, *et al.* | : | NO. 20-6048 |

**ORDER**

**AND NOW**, this 20th day of August, 2021, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Answer, Petitioner's Reply, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and Objections thereto, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED** and **DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
Berle M. Schiller, J.